DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUSAN M. POE,**
Appellant,

v.

**JP MORGAN ALTERNATIVE LOAN TRUST 2006-A6, MORTGAGE PASSTHROUGH, CERTIFICATES, U.S. BANK NATIONAL ASSOCIATION,** as trustee,
Appellee.

No. 4D21-411

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE 18-020643 (11).

Emily B. Chatzky of The Ticktin Law Group, Deerfield Beach, for appellant.

Kimberly S. Mello and Arda Goker of Greenberg Traurig, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***